IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ARLENE R. VABALAITIS,

                Plaintiff,

  v.                                                            ORDER

FRANK BISIGNANO                                  25-cv-567-amb
Commissioner of Social Security,

                Defendant.

---

Pursuant to an unopposed motion for remand filed by defendant on October 1, 2025, Dkt. 13, IT IS HEREBY ORDERED that the motion is GRANTED, and this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that motion. Specifically, on remand, the ALJ should obtain supplemental vocational expert evidence and offer plaintiff the opportunity for a hearing, proceed through the sequential disability evaluation process as appropriate, and issue a *de novo* decision.

Entered October 28, 2025.

                                                                BY THE COURT:

                                                                /s/

                                                                _____
                                                                ANITA MARIE BOOR
                                                                Magistrate Judge